IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:12-CV-197-BO

| ALFRED WHITFIELD, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **ORDER** |
| CAROLYN COLVIN, | ) |  |
| Acting Commissioner of Social | ) |  |
| Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $6,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits less the previously paid fee, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $6,000.00 from Plaintiff's back benefits and that Plaintiff's counsel refund to Plaintiff the $3,764.65 EAJA fee and upon the payment of such sums this case is dismissed with prejudice.

This _24_ day of _June_, 2015.

_____
U.S. District Judge Terrence W. Boyle